UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CV-00613-F

| | |
|---|---|
| SUSAN MEARS and JAMES WIEMER, Individually, and as Parents and Natural Guardians of Minors A.W., T.W. and B.W., <br><br> Plaintiffs, <br> v. <br><br> ATLANTIC SOUTHEAST AIRLINES, INC. (ASA) (now d/b/a EXPRESS JET), et al., <br><br> Defendants. | **ORDER** |

This cause comes before the Court upon Plaintiffs' motion to withdraw (DE-23) their motion to compel (DE-15) on the grounds that the discovery dispute at issue in the motion to compel has now been resolved, rendering the pending motion to compel largely moot. Plaintiffs' motion to compel also includes a request for entry of a protective order. Plaintiffs do not seek to withdraw their request for entry of a protective order. For good cause shown, Plaintiffs' motion to withdraw (DE-23) is GRANTED and Plaintiffs' motion to compel (DE-15) is DENIED IN PART AS MOOT. The motion hearing scheduled in this case for Friday, July 12, 2013 is accordingly cancelled. To the extent that Plaintiffs' motion (DE-15) seeks entry of a protective order, that request is preserved and will be resolved by later order.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 11th day of July, 2013.

WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE

1